ROBERT W. FREEMAN
Nevada Bar No. 3062
Email: robert.freeman@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
    Attorneys for Defendants
    City of North Las Vegas, Joseph C.
    Chronister, Tony Scott and Timothy
    Hacker

GORDON SILVER
DOMINIC P. GENTILE, ESQ.
Nevada Bar No. 1923
Email: dgentile@gordonsilver.com
PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
E-mail: parmeni@gordonsilver.com
COLLEEN E. MCCARTY, ESQ.
Nevada Bar No.  13186
Email: cmccarty@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Tel:  (702) 796-5555
Fax:  (702) 369-2666
Attorneys for Counterclaimant
    Joseph C. Chronister

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

***

| | |
|---|---|
| LEONARD CARDINALE, WILSON CRESPO,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH C. CHRONISTER, TONY SCOTT, TIMOTHY HACKER, CITY OF NORTH LAS VEGAS,<br><br>    Defendants.<br> | CASE NO. 2-13-cv-1137-KJD-GWF<br><br>**ORDER FOR DISMISSAL** |
| JOSEPH C. CHRONISTER,<br><br>    Counterclaimant,<br><br>vs. | |

4824-0447-6450.1

LEONARD CARDINALE,

        Counterdefendant.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, and upon the representation having been made that the claims made by Plaintiffs LEONARD CARDINALE and WILSON CRESPO against Defendants JOSEPH C. CHRONISTER, TONY SCOTT, TIMOTHY HACKER and the CITY OF NORTH LAS VEGAS have been settled and are dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties hereto, and their respective counsel of record, that the claim made by Counterclaimant JOSEPH C. CHRONISTER against Counterdefendant LEONARD CARDINALE is dismissed without prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party will bear its own costs and attorney fees incurred in the prosecution and defense of said claims.

IT IS HEREBY STIPULATED by:

| | |
|---|---|
| DATED this 16th day of March, 2015. | DATED this 16th day of March, 2015. |
| LEWIS BRISBOIS BISGAARD SMITH LLP | LAW OFFICES OF DANIEL MARKS |
| /s/ Robert W. Freeman | /s/ Adam Levine |
| Robert W. Freeman, Esq.<br>Nevada Bar No. 3062<br>6385 S. Rainbow Blvd., #600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendants<br>City of North Las Vegas, Joseph Chronister, Tony Scott, and Timothy Hacker | Adam Levine, Esq.<br>Nevada Bar No. 4673<br>530 South Las Vegas Blvd., Suite 300<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiffs<br>Leonard Cardinale and Wilson Crespo<br>Attorneys for Counterdefendant<br>Leonard Cardinale |

4824-0447-6450.1　　　　　2

1  DATED this 16th day of March, 2015.

2  GORDON SILVER

3

4  /s/ Dominic P. Gentile
   Dominic P. Gentile, Esq.
   Nevada Bar No. 1923
5  Paola M. Armeni, Esq.
   Nevada Bar No. 8357
6  Colleen E. McCarty, Esq.
   Nevada Bar No. 13186
7  3960 Howard Hughes Pkwy., 9th Floor
   Las Vegas, Nevada 89169
8  Attorneys for Counterclaimant
   Joseph C. Chronister

**ORDER**

IT IS SO ORDERED.

Dated this 25th day of March, 2015.

_____
U.S. DISTRICT COURT JUDGE

4824-0447-6450.1                    3